ACCEPTED
15-25-00027-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/10/2025 1:17 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/10/2025 1:17:53 PM
CHRISTOPHER A. PRINE
Clerk

# HUNTON

HUNTON ANDREWS KURTH LLP
500 WEST 5TH STREET
SUITE 1350
AUSTIN, TEXAS 78701

TEL 512 • 542 • 5000
FAX 512 • 542 • 5049

RYAN D. CLINTON
DIRECT DIAL: 512 • 542 • 5009
EMAIL: rclinton@hunton.com

October 10, 2025

**_Via Electronic Filing_**

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re: No. 15-25-00027-CV; *Nicholas Kreines, David P. Ryan, Liberty Mineral Partners LLC, Nak Resources Inc., and CGR Oil and Gas, LLC v. ES3 Minerals, LLC*

Mr. Prine:

On behalf of Appellee ES3 Minerals, LLC, this letter confirms our receipt of the Court's notice of oral argument. I will present argument on behalf of Appellee ES3 Minerals, LLC.

Sincerely,

/s/ Ryan Clinton

Ryan Clinton

RDC/ka

cc: Counsel of record – *via ECF*

ATLANTA AUSTIN BANGKOK BEIJING BOSTON BRUSSELS CHARLOTTE DALLAS DUBAI HOUSTON
LONDON LOS ANGELES MIAMI NEW YORK RICHMOND SAN FRANCISCO TOKYO TYSONS WASHINGTON, DC
www.Hunton.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Allen on behalf of Ryan Clinton
Bar No. 24027934
allenk@huntonAK.com
Envelope ID: 106709208
Filing Code Description: Letter
Filing Description: Letter to Court confirming Oral Argument
Status as of 10/10/2025 1:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kaycie Martinez | | kcmartinez@dgclaw.com | 10/10/2025 1:17:53 PM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 10/10/2025 1:17:53 PM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 10/10/2025 1:17:53 PM | SENT |
| Sydney P.Sadler | | ssadler@lglawfirm.com | 10/10/2025 1:17:53 PM | SENT |
| Michael D.Marin | | mmarin@boulettegolden.com | 10/10/2025 1:17:53 PM | SENT |
| Tori B.Bell | | tori@boulettegolden.com | 10/10/2025 1:17:53 PM | SENT |
| Steven Garrett | | steven@boulettegolden.com | 10/10/2025 1:17:53 PM | SENT |

Associated Case Party: ES3 Minerals, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Clinton | | rclinton@hunton.com | 10/10/2025 1:17:53 PM | SENT |